■ KENNETH D. LAUB & COMPANY, INC., Respondent, v OLYMPIA & YORK TOWER B COMPANY et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on October 23, 1990, unanimously affirmed for the reasons stated by Shirley Fingerhood, J., with costs. No opinion. Concur—Carro, J. P., Milonas, Wallach and Kupferman, JJ.